UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| WAYNE A. PORRETTI, | Case No. 3:19-cv-00328-MMD-CBC |
|---|---|
| Plaintiff | ORDER |
| v. | |
| J. DZURENDA et al., | |
| Defendants | |

I. **DISCUSSION**

On June 19, 2019, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action within thirty (30) days from the date of that order. (ECF No. 4). On June 21, 2019, the Court received a notice that Plaintiff was not at the address on file with the Court. (ECF No. 5). On July 16, 2019, Plaintiff filed a request for preliminary injunction hearing and noted that he had moved to High Desert State Prison. (ECF No. 6 at 1). Plaintiff has not filed an application to proceed *in forma pauperis* or paid the full filing fee for a civil action.

Based on the filings in the docket sheet, it appears that Plaintiff did not receive the Court's June 19, 2019 order. In light of the change of address, the Court now grants Plaintiff an extension of time to file his application to proceed *in forma pauperis* or pay the full filing fee for a civil action. Plaintiff will file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee on or before Friday, August 30, 2019.

II. **CONCLUSION**

For the foregoing reasons, IT IS ORDERED that on or before Friday, August 30, 2019, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court send Plaintiff a courtesy copy of this Court's June 19, 2019 order (ECF No. 4).

DATED: 7/30/2019

_____
UNITED STATES MAGISTRATE JUDGE