UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WAYNE A. PORRETTI,

Plaintiff

v.

J. DZURENDA, et al.,

Defendants

Case No. 3:19-cv-00328-MMD-CBC

ORDER

## I. DISCUSSION

On July 30, 2019, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action on or before Friday, August 30, 2019. (ECF No. 8). On August 8, 2019, Plaintiff filed a document titled "Motion Response to Document 4 and Document 8." (ECF No. 9). Thereafter, on August 30, 2019, Plaintiff filed a document titled "Judicial Notice – Declaration of Wayne A. Porretti." (ECF No. 10). The Court will interpret the Plaintiff's filings at ECF Nos. 9 and 10 as a motion for an extension of time to file a fully complete application to proceed *in forma pauperis*. The Court now grants Plaintiff's motion for an extension of time. Plaintiff shall file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee on or before **Monday, October 21, 2019**.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF Nos. 9 and 10) are granted.

IT IS FURTHER ORDERED that on or before **Monday, October 21, 2019**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

///

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: September 5, 2019.

_____
UNITED STATES MAGISTRATE JUDGE