# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

WAYNE PORRETTI,

        Plaintiff,

vs.

J. DZURENDA, et al.,

        Defendants.

Case No.: 3:19-CV-0328-MMD-CLB

**REFERRAL TO PRO BONO PROGRAM**

    This case is referred to the Pro Bono Program ("Program") adopted in General Order 2016-02 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for Plaintiff. The scope of appointment shall be for the limited purpose of representing plaintiff for the early inmate mediation on a date to be determined. By referring this case to the Program, the Court is not expressing an opinion as to the merits of the case. Accordingly,

    **IT IS HEREBY ORDERED** that this case is referred to the Pro Bono Program for appointment of counsel for the purposes identified herein.

    **IT IS FURTHER ORDERED** that the Clerk shall also forward this order to the Pro Bono Liaison.

    DATED: March 24, 2020.

_____
CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE