1  AARON D. FORD
     Attorney General
2  JEFFREY A. COGAN, Bar No. 4569
     Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, NV  89701-4717
5  Tel:  (775) 684-1161
   E-mail:  jcogan@ag.nv.gov
6

7  *Attorneys for Defendants,*

8

9                    **UNITED STATES DISTRICT COURT**

10                         **DISTRICT OF NEVADA**

11  WAYNE A. PORRETTI,

12                    Plaintiff,                Case No.  3:19-cv-00328-MMD-CLB

13  vs.                                    **STIPULATION AND ORDER FOR**
                                            **DISMISSAL WITH PREJUDICE**
14  J. DZURENDA, et al.,

15                    Defendants.

16

17        IT IS HEREBY STIPULATED, by and between Wayne A. Porretti and Defendants, by and

18  through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Jeffrey A. Cogan, Deputy

19  Attorney General, based upon the agreement to settle between the parties, that the above-captioned

20  action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between parties. Each party will bear its own attorney's fees and costs.

DATED this 7th day of December, 2020.     DATED this 7th day of December, 2020

GALLIAN WELKER & BERKSTROM, LC          AARON D. FORD
                                         Attorney General

By    /s/ Travis N. Barrick             By:    /s/ Jeffrey A. Cogan
      Travis N. Barrick, Esq.                  JEFFREY A. COGAN, Bar No. 4569
      Nevada Bar No. 9257                      Deputy Attorney General
      540 E. St. Louis Avenue                  *Attorneys for Defendants*
      Las Vegas, NV 89104
      Telephone No.: (702) 892-3500
      Email: tbarrick@vegascase.com

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

DATED:   December 7, 2020

2

1

**CERTIFICATE OF SERVICE**

2

      I certify that I am an employee of the Office of the Attorney General, State of Nevada,

3

and that on this 7th day of December, 2020, I caused to be served a copy of the foregoing,

4

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, by U.S. District Court

5

CM/ECF Electronic Filing to:

6

7

Travis Barrick
540 E St Louis Ave

8

Las Vegas NV 89104

9

_____

An employee of the

10

Office of the Nevada Attorney General

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28